UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 22-1390 |
| | : | |
| v. | : | |
| | : | |
| LAHEEM JONES | : | SEPTEMBER 1, 2022 |

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE AND FOR APPOINTMENT OF SUBSTITUTE C.J.A. COUNSEL**

Undersigned counsel for defendant/appellant, Laheem Jones, respectfully moves this Court to withdraw his appearance in this matter and for the appointment of substitute C.J.A. counsel. In Support of this Motion, counsel states the following:

1.) Counsel in compliance with Rule 4.1did advise Mr. Jones via Certified Letter dated August 29, 2022, of his rights to be appointed replacement counsel.

2.) More specifically counsel gave the following advisement to Mr. Jones …

3.) **Advice to Defendant.** Before moving to withdraw as appellate counsel, I must advise you that (A) you must promptly obtain other counsel unless you desire to appear pro se, and (B) if you are financially unable to obtain counsel, this court may appoint counsel under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA). If you desire to appear pro se, I must

1

advise you in writing, as I am doing in this letter, of the deadlines for docketing the record and filing the brief. Again, you were given all the appropriate forms for seeking an appeal at the time of sentencing, evidenced by the appeal that has been filed. You are also aware of all the appropriate deadlines, and time for filing any briefs. If you have counsel retained or appointed, please make sure you discuss those deadlines with them. (see *Attached*)

4.) The undersigned submits that it is important for Mr. Jones to have substitute counsel to handle his appeal to review potential claims of ineffective assistance of counsel.

5.) Our office has reached out to Assistant U.S. Attorney Jocelyn Kaoutzanis of the United States Attorney's Office for the District of Connecticut and has been advised via email that she takes no position as to this motion.

6.) Counsel has advised Mr. Jones of his intent to move to withdraw, in compliance with Local Rule 4.1(d)(1), and explained that if this Motion is granted, this Court could appoint counsel from the Second Circuit panel under the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA").

**WHEREFORE,** undersigned counsel respectfully request that he be permitted to withdraw and that substitute counsel, from the Second Circuit panel, be appointed to represent Mr. Laheem Jones in his appeal.

                                                      THE DEFENDANT
                                                      Laheem Jones

By _____

Darnell D. Crosland, Esq.
CROSLANDLAWGROUP, LLC.
1200 Summer Street Suite 202
Stamford, CT 06905
(203) 921-1782
(203) 921-1223
Fed Bar No. CT 25629
info@croslandlaw.com

## **CERTIFICATION**

This is to certify that on September 1, 2022, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Darnell D. Crosland, Esq. Ct 25629