# DARNELL D. CROSLAND
ATTORNEY AT LAW

1200 summer street  203-921-1782 direct
suite 202  203-921-1223 fax
stamford, ct. 06905  darnell@croslandlaw.com

CONNECTICUT + NEW YORK

August 29, 2022

Laheem Jones
Eric J. Williams
Memorial Drive
Waymart, PA. 18472

**Re:** Notice of Motion for Release of Counsel (2nd Circuit Court of Appeals)

Dear Mr. Jones:

It has been brought to my attention that an appeal has been filed in your case. I am uncertain as to whether you filed the appeal as a self-represented person, or if you have retained counsel, or if counsel has been appointed to represent you by the court.

As you may recall, at sentencing the court advised you of all your appellate rights, including but not limited to the right to be represented by counsel on appeal, appointed by the court at no cost to you if you are unable to afford counsel. In addition to that advisement, I must advise you of the following.

**Advice to Defendant.** Before moving to withdraw as appellate counsel, I must advise you that (A) you must promptly obtain other counsel unless you desire to appear pro se, and (B) if you are financially unable to obtain counsel, this court may appoint counsel under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA). If you desire to appear pro se, I must advise you in writing, as I am doing in this letter, of the deadlines for docketing the record and filing the brief. Again, you were given all the appropriate forms for seeking an appeal at the time of sentencing, evidenced by the appeal that has been filed. You are also aware of all the appropriate deadlines, and time for filing any briefs. If you have counsel retained or appointed, please make sure you discuss those deadlines with them.

If you have any questions, please contact the clerk's office directly. My office is also available to answer any questions that you may have.

Best of luck.

Sincerely,

Darnell D. Crosland

DDC:kb