**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1390                         **Caption [use short title]**

**Motion for:** Release of Counsel and Appointment of C.J.A Counsel

Set forth below precise, complete statement of relief sought:

Release of counsel as to Laheem Jones and request to have C.J.A counsel appointed to have the appeal presumable filed by Mr. Laheem Jones

**U.S.A v. LAHEEM JONES**

**MOVING PARTY:** _____  **OPPOSING PARTY:** _____

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Darnell D. Crosland    **OPPOSING ATTORNEY:** AUSA Jocelyn Kaoutzanis
[name of attorney, with firm, address, phone number and e-mail]

CROSLANDLAWGROUP                           U.S. Attorney's Office, District of Connecticut
1200 Summer Street, Suite 202              157 Church Street, 23rd Street Floor, New Haven, CT
Stamford, CT 06905                         (203) 821-3700

**Court- Judge/ Agency appealed from:** United States District Court Connecticut, Judge Janet Bond Areton

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☐ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?     ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

Darnell D. Crosland         **Date:** 12/28/28/2022  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)