```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------x

UNITED STATES OF AMERICA,

                 Appellee,                      Docket No.
                                                22-521-cr
          -against-

LAHEEM JONES,

                 Defendant-Appellant.

------------------------------------------x
```

JAMES M. BRANDEN, ESQ., pursuant to Title 28, United States Code, section 1746, hereby declares under penalty of perjury:

1. I am a lawyer admitted to practice in this Court and I am assigned counsel for Defendant-Appellant in the above-captioned matter.

2. This Declaration is submitted in support of counsel's application to be relieved pursuant to Anders v. California, 386 U.S. 738 (1967).

3. By Indictment (D. Ct., Docket No. 20-cr-126 (JBA)), Mr. Jones was charged in three counts with racketeering conspiracy in violation of 18 U.S.C. §1962(d) (count one); violence (assault with a dangerous weapon and attempted murder) in aid of racketeering in violation of 18 U.S.C. §§1959(a)(3), 1959(a)(5) (count two); and conspiracy to commit violence (murder and assault with a dangerous weapon) in aid of racketeering in violation of 18 U.S.C. §§1959(a)(5), 1959(a)(6) (count four). It was generally alleged that Mr.

Jones was a member of a Bridgeport street gang known as the "Greene Homes Boys" or the "Hots" and that, on January 27, 2020, he and other members of the gang shot at and attempted to kill members of a rival gang, known as the East End gang. After jury selection, Mr. Jones pleaded guilty to counts one and two pursuant to a plea agreement with the government.

4. This appeal follows the guilty plea, pursuant to a plea agreement containing an appellate waiver, and sentence.

5. As set forth in the Brief filed herewith, there are no non-frivolous issues to be raised.

6. Appellate counsel has notified Mr. Jones by letter of the likely result of the filing of this motion and brief, to wit, that appellate counsel will be relieved, the appeal will be dismissed and the conviction affirmed. He has also alerted Mr. Jones to his right to file a supplemental *pro se* brief or move for new counsel within the next thirty days. Because Mr. Jones communicates in English, the letter was not translated into any other language. A copy of the letter, which enclosed the <u>Anders</u> brief, the appendix, and a copy of this motion, is attached.

WHEREFORE, appellate counsel seeks to be relieved as counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
           June 29, 2023

_____
JAMES M. BRANDEN

The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, NY 10301
Tel. 212-286-0173
Fax 212-286-0495

June 29, 2023

Laheem Jones
USM No. 04311-509
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

                Re:    United States v. Laheem Jones
                      2d Cir. Docket No. 22-521

Dear Mr. Jones:

    As you know, I represent you in the above-referenced matter. After a thorough review of the district court proceedings, I have determined that there are no non-frivolous issues to be raised on your behalf either to attack the validity of the guilty plea or the sentence imposed.

    Accordingly, today I am filing a motion to be relieved as counsel pursuant to Anders v. California, 386 U.S. 738 (1967), with a supporting brief and appendix. Find enclosed a copy of the brief, the appendix and the motion. This motion will likely result in a court order relieving me as counsel, dismissing the appeal and affirming the conviction. You will have no further right to appeal the conviction.

    You have the right to move for new counsel. You also have the right to file your own supplemental brief, raising any issue that you believe I have overlooked. The motion or brief must be filed within thirty days from the date I file the Anders motion.

    If you have any questions concerning this matter, please notify me in writing. There were no translators at your plea allocution or sentencing so I have assumed that you speak and read English and I therefore have not translated this letter into any other language.

                                        Very truly yours,

                                        James M. Branden

Encs.