# 22-521-CR(L)

## 22-674-CR(CON), 22-1160-CR(CON), 22-1324-CR(CON), 22-1390-CR(CON)

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT



UNITED STATES OF AMERICA,

*Appellee,*

*v.*

DESTINE CALDERON, TYIESE WARREN, AKA LOOSE SCREW,
JACQUON BENEJAN, AKA BLICK, UNDREA KIRKLAND, AKA SPOODA,

*Defendants,*

MARQUIS ISREAL, AKA GARF, DIOMIE BLACKWELL, AKA YAMO,
JACQUON BENEJAN, AKA BLICK, ASANTE GAINES, AKA SANTI,
LAHEEM JONES, AKA HEEMIE,

*Defendants-Appellants.*

_____

*On Appeal from the United States District Court
for the District of Connecticut*

## APPENDIX FOR DEFENDANT-APPELLANT
## LAHEEM JONES
## VOLUME I OF II
## Pages A-1 to A-274

LAW OFFICE OF JAMES M. BRANDEN
*Attorneys for Defendant-Appellant
Laheem Jones*
80 Bay Street Landing, Suite 7j
Staten Island, New York 10301
212-286-0173

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------x

UNITED STATES OF AMERICA,

               Appellee,             Docket No.
                                      22-521-cr

       -against-

LAHEEM JONES,

               Defendant-Appellant.

----------------------------------------x

**APPENDIX**

*Page No.*

Docket Entries. . . . . . . . . . . . . . . . . . . . . A1-24

The Indictment. . . . . . . . . . . . . . . . . . . . A25-36

The Petition to Enter a Guilty Plea . . . . . . . . . . A37-52

The Guilty Plea Agreement . . . . . . . . . . . . . . A53-65

The Change of Plea Hearing. . . . . . . . . . . . . . A66-136

Defendant's Sentencing Memorandum . . . . . . . . . . A137-160

The Government's Sentencing Memorandum. . . . . . . . A161-206

The Sentencing, Volume I. . . . . . . . . . . . . . . A207-360

The Sentencing, Volume II . . . . . . . . . . . . . . A361-522

The Judgment. . . . . . . . . . . . . . . . . . . . . A523-528

The Notice of Appeal. . . . . . . . . . . . . . . . . A529-530

i

CT CMECF NextGen

https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

**Query    Reports    Utilities    Help    Log Out**

APPEAL,CLOSED,EFILE,MOTREF,REFMC,SALM

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00126-JBA-5

Case title: USA v. Isreal et al

Date Filed: 08/05/2020

Date Terminated: 05/02/2022

Assigned to: Judge Janet Bond Arterton
Referred to: Judge Sarah A. L. Merriam
USMJ

### Defendant (5)

**Laheem Jones**
*TERMINATED: 05/02/2022*
*also known as*
Heemie
*TERMINATED: 05/02/2022*

represented by **Darnell Deonas Crosland**
L/O DARNELL D. CROSLAND
1200 Summer Street
Ste 202
Stamford, CT 06905
203-921-1782
Fax: 203-921-1223
Email: info@croslandlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sebastian O. DeSantis**
Desantis Law Firm, LLC
157 Church Street
19th Floor
Ste 1977
New Haven, CT 06501
860-439-0407
Fax: 866-591-6208
Email: desantislawfirm2011@gmail.com
*TERMINATED: 11/02/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

ATTEMPT/CONSPIRE TO
MAIM/ASSAULT (VCAR Assault with a

### Disposition

Dismissed upon oral motion by the
Government.

| | |
|---|---|
| Dangerous Weapon and VCAR Attempted Murder/Aiding and Abetting in VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder)<br>(1) | |
| RACKETEERING (RICO Conspiracy)<br>(1s) | Defendant is ordered committed to the custody of the Attorney General of the United States to be imprisoned for a period of 100 months as to Count 1 of the Superseding Indictment and a period of 90 months on Count 2 of the Superseding Indictment, to be served consecutively for a total sentence of 190 months; supervised release for a total term of 3 years; special assessment of $200.00 shall be paid for via BOP's Financial Responsibility Program. |
| ATTEMPT/CONSPIRE TO MAIM/ASSAULT (VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder/Aiding and Abetting in VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder)<br>(2s) | Defendant is ordered committed to the custody of the Attorney General of the United States to be imprisoned for a period of 100 months as to Count 1 of the Superseding Indictment and a period of 90 months on Count 2 of the Superseding Indictment, to be served consecutively for a total sentence of 190 months; supervised release for a total term of 3 years; special assessment of $200.00 shall be paid for via BOP's Financial Responsibility Program. |
| ATTEMPT/CONSPIRE TO MAIM/ASSAULT (VCAR Conspiracy to Commit Murder/VCAR Conspiracy to Commit Assault with a Dangerous Weapon)<br>(3) | Dismissed upon oral motion by the Government. |
| ATTEMPT/CONSPIRE TO MAIM/ASSAULT (VCAR Conspiracy to Commit Murder and Conspiracy to Commit VCAR Assault with a Dangerous Weapon)<br>(4s) | Dismissed upon oral motion by the Government. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**USA**                              represented by  **Jocelyn J. Courtney Kaoutzanis**
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
203-821-3756
Email: jocelyn.kaoutzanis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Karen L. Peck**
DOJ-USAO
1000 Lafayette Boulevard
Ste 10th Floor
Bridgeport, CT 06640
203-668-3905
Email: karen.peck@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Leonard C. Boyle**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Email: leonard.boyle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter D. Markle**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Email: Peter.Markle@usdoj.gov
*TERMINATED: 12/15/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rahul Kale**
U.S. Attorney's Office-BPT
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
203-696-3000
Fax: 203-579-5575
Email: Rahul.Kale@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephanie Tsay Levick**
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
203-821-3700
Email: stephanie.levick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2020 | 1 | SEALED INDICTMENT returned before Judge Sarah A. L. Merriam with the signature of the foreperson redacted. Grand jury number N-19-2 Warrants to issue as to Marquis Isreal (1) count(s) 1, 2, 3, 4, Asante Gaines (2) count(s) 1, 3, Destine Calderon (3) count(s) 1, 3, Diomie Blackwell (4) count(s) 1, 3, Laheem Jones (5) count(s) 1, 3. (Caffrey, A.) (Entered: 08/05/2020) |
| 08/05/2020 | 2 | Unredacted document with FOREPERSON'S SIGNATURE as to defendant(s)Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Caffrey, A.) (Entered: 08/05/2020) |
| 08/06/2020 | | Attorney update in case as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. Attorney Michael O. Sheehan for Marquis Isreal,Robert Gerard Golger for Destine Calderon,Cody Nolan Guarnieri for Diomie Blackwell,Sebastian O. DeSantis for Laheem Jones added. (Imbriani, Susan) (Entered: 08/07/2020) |
| 08/06/2020 | 12 | MOTION for Pretrial Detention by Laheem Jones. (Imbriani, Susan) (Entered: 08/07/2020) |
| 08/06/2020 | 13 | ORAL MOTION to Unseal Case by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. (Gould, K.) Modified on 8/10/2020 as to filing date. (Imbriani, Susan). (Entered: 08/10/2020) |

| 08/06/2020 | 17 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons:Arraignment as to Laheem Jones (5) Count 1,3 held on 8/6/2020, Detention Hearing as to Laheem Jones held on 8/6/2020, Initial Appearance as to Laheem Jones held on 8/6/2020, Motion Hearing as to Laheem Jones held on 8/6/2020 re 13 MOTION to Unseal Case filed by USA, Plea entered by Laheem Jones Not Guilty on counts 1, 3, ( Detention Hearing set for 8/14/2020 10:00 AM before Judge Holly B. Fitzsimmons) Total time: 45 minutes(Court Reporter Julie Monette.)(Imbriani, Susan) (Entered: 08/10/2020) |
|---|---|---|
| 08/06/2020 | 21 | TEMPORARY ORDER OF DETENTION as to Laheem Jones. Signed by Judge Holly B. Fitzsimmons on 8/6/2020. Detention Hearing set for 8/14/2020 10:00 AM before Judge Holly B. Fitzsimmons.(Imbriani, Susan) (Entered: 08/10/2020) |
| 08/06/2020 | | CASE UNSEALED as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. (Imbriani, Susan) (Entered: 08/10/2020) |
| 08/06/2020 | | INDICTMENT UNSEALED as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. (Imbriani, Susan) (Entered: 08/10/2020) |
| 08/06/2020 | 22 | ELECTRONIC FILING ORDER FOR COUNSEL as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 8/6/2020. (Imbriani, Susan) (Entered: 08/10/2020) |
| 08/06/2020 | | Set Hearings as to Marquis Isreal, Destine Calderon, Diomie Blackwell, Laheem Jones: Jury Selection set for 10/6/2020 09:00AM before Judge Janet Bond Arterton. (Imbriani, Susan) (Entered: 08/11/2020) |
| 08/13/2020 | 31 | First MOTION to Continue *Detention Hearing* by Laheem Jones. (DeSantis, Sebastian) (Entered: 08/13/2020) |
| 08/13/2020 | | Terminate Hearings as to Destine Calderon, Diomie Blackwell, Laheem Jones: Detention hearings set for 8/14/2020, have been vacated. (Imbriani, Susan) (Entered: 08/13/2020) |
| 08/13/2020 | 38 | USM Return of Service on Arrest Warrant executed as to Laheem Jones on 8/6/2020 (Caffrey, A.) (Entered: 08/14/2020) |
| 08/14/2020 | 39 | ORDER REFERRING CASE to Judge Holly B. Fitzsimmons for ruling on 31 Motion to Continue Detention Hearing filed by Laheem Jones and 26 Motion for Extension of Time hearing for bail and pretrial release until August 28, 2020 filed by Diomie Blackwell. Signed by Judge Janet Bond Arterton on 08/14/20.(Barry, Donna) (Entered: 08/17/2020) |
| 08/18/2020 | 44 | ORDER granting 31 Motion to Continue as to Laheem Jones (5)Counsel will provide probation with his proposed conditions of release by close of business on Tuesday, Aug. 25 and notify the Court not later than noon on Thursday, Aug. 27 whether the hearing is going forward on Aug. 28.. Signed by Judge Holly B. Fitzsimmons on 8/17/2020. (Fitzsimmons, Holly) (Entered: 08/18/2020) |
| 08/18/2020 | | Reset Hearing as to Laheem Jones: Detention Hearing set for 8/28/2020 10:00 AM before Judge Holly B. Fitzsimmons. (Imbriani, Susan) (Entered: 08/18/2020) |

| 08/19/2020 | 48 | MOTION Consent Motion for Pre-trial and Trial Scheduling Order by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones. (Courtney Kaoutzanis, Jocelyn) (Entered: 08/19/2020) |
|---|---|---|
| 08/24/2020 | 50 | NOTICE OF E-FILED CALENDAR as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A Telephonic Scheduling Conference is set for 8/28/2020 at 1:00 p.m. before Judge Janet Bond Arterton. Dial In Number: 877-402-9753; Access Code: 3535720# (Barry, Donna) (Entered: 08/24/2020) |
| 08/27/2020 | | Terminate Deadlines and Hearings as to Laheem Jones: Detention hearing CANCELLED. (Gould, K.) (Entered: 08/27/2020) |
| 08/28/2020 | 54 | Minute Entry for proceedings held before Judge Janet Bond Arterton:<br>Scheduling Conference as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones held on 8/28/2020. A Pretrial Scheduling Order shall follow. 49 Motion for Release from Custody as to Destine Calderon (3) was denied on consent without prejudice to renew.<br>Total Time: 31 minutes (Court Reporter Melissa Cianciullo) (Barry, Donna) (Entered: 08/31/2020) |
| 08/28/2020 | 55 | SCHEDULING ORDER as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones<br>Discovery Motions due 10/01/20, Substantive Motions due 02/02/21<br>A Pretrial Conference is set for 4/5/2021 at 10:00 a.m.; Jury Selection set for 5/4/2021 at 09:00 a.m.; and Jury Trial set to begin 5/5/2021 at 09:00 a.m. all in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.<br>Signed by Judge Janet Bond Arterton on 08/28/20. (Barry, Donna) (Entered: 08/31/2020) |
| 08/28/2020 | 56 | ORDER granting 48 Consent Motion for Pre-trial and Trial Scheduling Order as to Marquis Isreal (1), Asante Gaines (2), Destine Calderon (3), Diomie Blackwell (4), Laheem Jones (5). A scheduling conference was held on August 28, 2020 and a modified scheduling order was entered (Doc. 55).<br>Signed by Judge Janet Bond Arterton on 08/28/20. (Barry, Donna) (Entered: 08/31/2020) |
| 11/02/2020 | 73 | ATTORNEY APPEARANCE: Darnell Deonas Crosland appearing for Laheem Jones (Crosland, Darnell) (Entered: 11/02/2020) |
| 02/04/2021 | 89 | First MOTION to Continue *Jury Selection and Trial* by Laheem Jones. (Crosland, Darnell) (Entered: 02/04/2021) |
| 02/08/2021 | 91 | NOTICE OF E-FILED CALENDAR as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A telephonic status conference is set for 3/2/2021 at 11:00 AM before Judge Janet Bond Arterton. The parties shall call 877-402-9753 and use access code 3535720# to participate. (Barry, Donna) (Entered: 02/09/2021) |

| | | |
|---|---|---|
| 02/16/2021 | 92 | SEALED SUPERSEDING INDICTMENT returned before Judge Sarah A. L. Merriam with the signature of the foreperson redacted. Grand jury number N-19-2 Detainers to issue as to Marquis Isreal (1) count(s) 2s, 3s, 4s, 5s, 6s, Asante Gaines (2) count(s) 1s, 2s, 4s, Destine Calderon (3) count(s) 1s, 2s, 4s, Diomie Blackwell (4) count(s) 1s, 2s, 4s, Laheem Jones (5) count(s) 1s, 2s, 4s, Tyiese Warren (6) count(s) 2, 4, Warrant to issue as to Jacquon Benejan (7) count(s) 1, 7, 8, and Detainer to issue as to Undrea Kirkland (8) count(s) 1. (Caffrey, A.) (Entered: 02/17/2021) |
| 02/16/2021 | 93 | Unredacted document with FOREPERSON'S SIGNATURE as to defendant(s)Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Caffrey, A.) (Entered: 02/17/2021) |
| 02/22/2021 | 102 | MOTION to Unseal Case by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Caffrey, A.) (Entered: 02/22/2021) |
| 02/22/2021 | 103 | ORDER granting 102 Motion to Unseal Case as to Marquis Isreal (1), Asante Gaines (2), Destine Calderon (3), Diomie Blackwell (4), Laheem Jones (5), Tyiese Warren (6), Jacquon Benejan (7), Undrea Kirkland (8). Signed by Judge Sarah A. L. Merriam on 2/22/2021. (Caffrey, A.) (Entered: 02/22/2021) |
| 02/22/2021 | | CASE UNSEALED as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland, INDICTMENT UNSEALED as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland (Caffrey, A.) (Entered: 02/22/2021) |
| 02/22/2021 | 107 | ORDER REFERRING CASE to Judge Sarah A. L. Merriam as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan and Undrea Kirkland for the purpose of conducting arraignments and ruling on Motion for Pretrial Detention 105 . Signed by Judge Janet Bond Arterton on 02/21/21. (Barry, Donna) (Entered: 02/22/2021) |
| 02/25/2021 | 117 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Arraignment set for 3/2/2021 11:30 AM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam **This hearing will be conducted by Zoom videoconferencing.** (Caffrey, A.) (Entered: 02/25/2021) |
| 02/25/2021 | | NOTICE regarding hearing via Zoom as to Laheem Jones: The Arraignment scheduled for March 2, 2021 at 11:30AM will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1618645207?pwd=QXBialZlNXYwSWJpWEh1QnMycFlVdz09 and call in number is +1 646 828 7666. Meeting ID: 161 864 5207 Meeting Password: 946010 Please note: Persons granted remote access to proceedings are reminded of the general |

CT CMECF NextGen                                    https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| | | |
|---|---|---|
| | | prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Caffrey, A.) (Entered: 02/25/2021) |
| 03/01/2021 | 132 | NOTICE OF E-FILED CALENDAR as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>*RESET FROM 03/02/21* - The status conference is reset for 3/15/2021 at 2:00 p.m. before Judge Janet Bond Arterton and shall be conducted via Zoom. (Barry, Donna) (Entered: 03/01/2021) |
| 03/02/2021 | 136 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam:Arraignment as to Laheem Jones (5) Count 1s,2s,4s held on 3/2/2021, Plea entered by Laheem Jones, Not Guilty on counts 1s, 2s, and 4s 27 minutes(Court Reporter FTR - CR4.)(Caffrey, A.) (Entered: 03/02/2021) |
| 03/02/2021 | 137 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Hearing set for 3/26/2021 02:00 PM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam **This hearing will be conducted by Zoom videoconferencing.** (Caffrey, A.) (Entered: 03/02/2021) |
| 03/02/2021 | | NOTICE regarding hearing via Zoom as to Laheem Jones: The Bond Hearing scheduled for March 26, 2021 at 2:00PM will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1617762215?pwd=UGd4STFNM3RtZ24yR0wrdEdnbXp1dz09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 776 2215<br><br>Meeting Password: 898662<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Caffrey, A.) Modified to correct text on 3/2/2021 (Caffrey, A.). (Entered: 03/02/2021) |
| 03/02/2021 | 138 | ORDER as to Laheem Jones pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020).<br><br>Counsel for the defendant shall ensure that the defendant receives a copy of this order within ten days. |

|  |  |  |
|---|---|---|
|  |  | Signed by Judge Sarah A. L. Merriam on 3/2/2021. (Caffrey, A.) (Entered: 03/02/2021) |
| 03/15/2021 | 149 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Status Conference as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan and Undrea Kirkland held on 3/15/2021. Amended scheduling order shall follow. Total Time: 59 minutes (Court Reporter Melissa Cianciullo) (Barry, Donna) (Entered: 04/01/2021) |
| 03/15/2021 | 150 | AMENDED PRETRIAL SCHEDULING ORDER as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland Parties shall file Speedy Trial Waivers at their earliest convenience. Defendants' Substantive Motions due 06/01/21, Government's Response due 06/14/21, Proposed Voir Dire Questions and Proposed Jury Instructions due 9/3/21 Defendants and Governments status reports due 06/11/21 Jencks and Witness lists due 10/02/21 Pretrial Conference reset for 8/9/2021 at 2:00 p.m. venue to be set closer to the conference Final Pretrial Conference reset for 10/1/2021 at 10:00 a.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton Jury Selection set for 11/2/2021 at 9:00 a.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton Signed by Judge Janet Bond Arterton on 03/15/21. (Barry, Donna) (Entered: 04/01/2021) |
| 03/15/2021 |  | Terminate Deadlines and Hearings as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland: Pretrial Conference set for 4/5/21 and jury selection set for 5/5/21 were continued, see Doc. 150 (Barry, Donna) (Entered: 04/01/2021) |
| 03/22/2021 | 145 | RESPONSE/REPLY by USA as to Laheem Jones *Government's Opposition to Defendant's Request for Release Pending Trial* (Courtney Kaoutzanis, Jocelyn) (Entered: 03/22/2021) |
| 03/26/2021 | 146 | First MOTION for Bond by Laheem Jones. (Attachments: # 1 MEMO OF LAW)(Crosland, Darnell) (Entered: 03/26/2021) |
| 03/26/2021 | 147 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: denying 146 Motion for Bond as to Laheem Jones (5); Bond Hearing as to Laheem Jones held on 3/26/2021; Motion Hearing as to Laheem Jones held on 3/26/2021 re 146 First MOTION for Bond filed by Laheem Jones. Defendant detained. Total Time: 1 hours and 29 minutes(Court Reporter FTR - CR4.) (Caffrey, A.) (Entered: 03/26/2021) |
| 03/26/2021 | 148 | ORDER OF DETENTION as to Laheem Jones. Signed by Judge Sarah A. L. Merriam on 3/26/2021. (Caffrey, A.) (Entered: 03/26/2021) |
| 06/08/2021 | 174 | MOTION for Extension of Time to File Response/Reply *Motion on Consent, For Extension of Time to File Reply to Motion to Supress* by Destine Calderon as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Dion, Kathleen) (Entered: 06/08/2021) |

| | | |
|---|---|---|
| 06/09/2021 | | Docket Entry Correction: 174 Motion for Extension of Time filed by Destine Calderon was terminated as to Marquis Isreal, Asante Gaines, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan and Undrea Kirkland. (Barry, Donna) (Entered: 06/09/2021) |
| 06/10/2021 | 180 | STATUS REPORT by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland (Courtney Kaoutzanis, Jocelyn) (Entered: 06/10/2021) |
| 06/10/2021 | 181 | STATUS REPORT by Marquis Isreal as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland (Sheehan, Michael) (Entered: 06/10/2021) |
| 06/15/2021 | 184 | NOTICE OF E-FILED CALENDAR as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A telephonic status conference is set for 6/15/2021 at 4:00 p.m. before Judge Janet Bond Arterton. The parties shall call 877-402-9753 and use access code 3535720# to participate. (Barry, Donna) (Entered: 06/15/2021) |
| 06/15/2021 | 188 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Status Conference as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland held on 6/15/2021; Motion Hearing as to Asante Gaines, Destine Calderon, Diomie Blackwell, Jacquon Benejan, Undrea Kirkland held on 6/15/2021. Motion hearing granting 187 Motion for Extension of Time as to Asante Gaines (2), Undrea Kirkland (8); granting 174 Motion for Extension of Time to File Response/Reply as to Destine Calderon (3); denying as moot without prejudice 158 Motion in Limine as to Diomie Blackwell (4); denying as moot without prejudice 159 Motion in Limine as to Diomie Blackwell (4); granting 170 Motion as to Jacquon Benejan (7). Total Time: 26 minutes(Court Reporter Melissa Cianciullo.) (Nuzzi, Tiffany) (Entered: 06/17/2021) |
| 06/15/2021 | 196 | AMENDED SCHEDULING ORDER as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland<br>Pursuant to colloquy with counsel on the record on June 15, 2021, the following amendments are made to the 03/15/21 scheduling order which otherwise remains in place.<br>As to defendants Benejan, Kirland and Gaines, substantive motions are due 7/1/21, Government's Response due 7/12/21<br>As to all defendants, the pretrial conference is reset for 9/20/2021 at 2:00 p.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton; Jury Selection is set for 11/2/2021 through 11/4/2021 beginning at 9:30 a.m. daily in Courtroom TBD, 141 Church St., New Haven, CT before Judge Janet Bond Arterton; and<br>Jury Trial is set for 11/8/2021 through 11/23/2021 beginning at 9:30 a.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton<br>Signed by Judge Janet Bond Arterton on 6/15/21. (Barry, Donna) (Entered: 06/24/2021) |

**A - 11**

CT CMECF NextGen                                                    https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| 06/18/2021 | 189 | TRANSCRIPT of Proceedings: as to Laheem Jones Type of Hearing: Bond Hearing. Held on March 26, 2021 before Judge Sarah A. L. Merriam. Court Reporter: Martha Marshall (Transcriber). **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/9/2021. Redacted Transcript Deadline set for 7/19/2021. Release of Transcript Restriction set for 9/16/2021. (Marshall, Martha) (Entered: 06/18/2021) |
| --- | --- | --- |
| 06/22/2021 | 191 | ORDER granting 185 Motion to Approve Associate Counsel as to Destine Calderon (3). Signed by Judge Janet Bond Arterton on 6/22/21. (Tooker, Aimee) (Entered: 06/22/2021) |
| 06/23/2021 | 192 | MOTION Motion to Attend Funeral/Wake by Laheem Jones. (Crosland, Darnell) (Entered: 06/23/2021) |
| 06/23/2021 | 193 | ORDER REFERRING CASE to Judge Sarah A. L. Merriam as to Laheem Jones for ruling on 192 Motion to Attend Funeral/Wake. Signed by Judge Janet Bond Arterton on 06/23/21. (Barry, Donna) (Entered: 06/23/2021) |
| 06/23/2021 | 194 | Memorandum in Opposition by USA as to Laheem Jones re 192 MOTION Motion to Attend Funeral/Wake (Kale, Rahul) (Entered: 06/23/2021) |

3/30/2023, 5:00 PM

| | | |
|---|---|---|
| 06/23/2021 | 195 | ORDER denying 192 Motion as to Laheem Jones (5).<br>Defendant filed a motion shortly after 3:00 p.m. today, seeking to be permitted to attend a funeral in Bridgeport, Connecticut, at 9:00 a.m. tomorrow. See Doc. # 192 . It is not clear whether Mr. Jones is seeking release from custody to attend the funeral, or to remain in custody and be brought to the funeral.<br>The Court extends its condolences to Mr. Jones for the death of his younger brother, who apparently passed away on June 15, 2021.<br>However, the Court cannot, under these circumstances, provide Mr. Jones any relief. The motion makes no proposal for how Mr. Jones would be transported to the funeral or what security would be offered (such as a bond or custodian). The motion makes no argument under the Bail Reform Act as to how release of Mr. Jones for this event could be accomplished under conditions that would reasonably assure the safety of the community and the appearance of the defendant as directed.<br>The motion suggests that defendant may be requesting that the United States Marshal Service should be directed to transport Mr. Jones to the event, and provide security for his attendance there. See Doc. # 192 at 2 ("[W]ith the U.S. Marshall's presence and the viewing being closed to the public, security and safety will not be an issue." (sic)).<br>This request is logistically impossible to grant at this late date, and even with advance notice, a great deal of information, investigation and preparation would be required to permit any viewing.<br>Accordingly, the motion is denied. It is so ordered. Signed by Judge Sarah A. L. Merriam on 6/23/2021. (Merriam, Sarah) (Entered: 06/23/2021) |
| 08/04/2021 | 206 | MOTION for a Hearing Pursuant to Missouri v. Frye, 566 U.S. 134 (2012) by USA as to Laheem Jones. (Courtney Kaoutzanis, Jocelyn) (Entered: 08/04/2021) |
| 08/04/2021 | 207 | ORDER granting 206 Motion for a Frye Hearing as to Laheem Jones (5).<br>Signed by Judge Janet Bond Arterton on 8/4/21. (Barry, Donna) (Entered: 08/05/2021) |
| 08/04/2021 | 208 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>A Frye fearing is set for 8/12/2021 at 1:00 p.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Barry, Donna) (Entered: 08/05/2021) |
| 08/12/2021 | 211 | MOTION for Darnell D Crosland to Withdraw as Attorney by Laheem Jones. (Crosland, Darnell) (Entered: 08/12/2021) |
| 08/12/2021 | 212 | ORDER: Motion to Withdraw 211 filed at 10:00 a.m. on August 12, 2021, is denied without prejudice to renew following hearing set down on August 4, 2021 to be held August 12, 2021 at 1:00 p.m. Signed by Judge Janet Bond Arterton on 8/12/21. (Tooker, Aimee) (Entered: 08/12/2021) |
| 08/12/2021 | 213 | Minute Entry for proceedings held before Judge Janet Bond Arterton:<br>Frye Hearing as to Laheem Jones held on 8/12/2021.<br>Total Time: 1 hour (Court Reporter BCT Reporting/Jessica Noble)(Reis, Julia) (Entered: 08/12/2021) |
| 08/12/2021 | 214 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>Frye Hearing continued until 8/25/2021 at 11:00 AM in Courtroom Two, 141 Church |

| | | St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 08/12/2021) |
|---|---|---|
| 08/23/2021 | 217 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A telephonic status conference is set for 8/23/2021 at 4:30 p.m. before Judge Janet Bond Arterton. The parties shall call 877-402-9753 and use access code 3535720# to participate. (Barry, Donna) (Entered: 08/23/2021) |
| 08/23/2021 | 220 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference as to Laheem Jones held on 8/23/2021. Frye Hearing rescheduled for 8/26/2021 at 12:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Total time: 11 minutes (Court Reporter: BCT Reporting)(Reis, Julia) (Entered: 08/23/2021) |
| 08/23/2021 | 221 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>*RESET FROM 8/25/2021 at 11:00 AM.* The Frye Hearing is rescheduled for 8/26/2021 at 12:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 08/23/2021) |
| 08/26/2021 | 223 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Frye Hearing as to Laheem Jones held on 8/26/2021. Total time: 20 minutes (Court Reporter BCT Reporting/Jessica Noble)(Reis, Julia) (Entered: 08/27/2021) |
| 09/02/2021 | 224 | Proposed Voir Dire by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland (Courtney Kaoutzanis, Jocelyn) (Entered: 09/02/2021) |
| 09/03/2021 | 227 | Proposed Jury Instructions by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland (Courtney Kaoutzanis, Jocelyn) (Entered: 09/03/2021) |
| 09/03/2021 | 234 | MOTION for Extension of Time by Laheem Jones as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Crosland, Darnell) Modified on 9/14/2021 (Reis, Julia). (Entered: 09/03/2021) |
| 09/03/2021 | 235 | MOTION for Extension of Time re: Defendant's Proposed Jury Instructions until September 10, 2021 by Laheem Jones as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Crosland, Darnell) Modified on 9/14/2021 (Reis, Julia). (Entered: 09/03/2021) |
| 09/03/2021 | 236 | Proposed Voir Dire by Laheem Jones (Crosland, Darnell) (Entered: 09/03/2021) |
| 09/13/2021 | 254 | Proposed Jury Instructions by Laheem Jones (Crosland, Darnell) (Entered: 09/13/2021) |

| 09/14/2021 | 257 | ORDER granting nunc pro tunc 234 Motion for Extension of Time as to Laheem Jones (5); denying as moot 235 Motion for Extension of Time as to Laheem Jones (5). Signed by Judge Janet Bond Arterton on 9/14/2021. (Reis, Julia) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | 260 | ATTORNEY APPEARANCE Stephanie Tsay Levick appearing for USA (Levick, Stephanie) (Entered: 09/14/2021) |
| 09/15/2021 | 262 | MOTION to Empanel an anonymous jury and partial sequestration of empaneled jury by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Kale, Rahul) (Entered: 09/15/2021) |
| 09/15/2021 | 263 | MOTION for Entry of Protective Order by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Attachments: # 1 Text of Proposed Order)(Courtney Kaoutzanis, Jocelyn) (Entered: 09/15/2021) |
| 09/18/2021 | 272 | MOTION for Opening Statements by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren. (Courtney Kaoutzanis, Jocelyn) (Entered: 09/18/2021) |
| 09/20/2021 | 276 | NOTICE OF E-FILED CALENDAR as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.

*COURTROOM CHANGE ONLY.* The Pretrial Conference set for 9/20/2021 at 2:00 PM is now in Courtroom One, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 09/20/2021) |
| 09/20/2021 | 278 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Pretrial Conference and Motion Hearing as to Asante Gaines (2), Destine Calderon (3), Diomie Blackwell (4), Laheem Jones (5), Tyiese Warren (6) held on 9/20/2021. 262 Motion to empanel an anonymous jury by USA taken under advisement. Responses due 9/29/2021. 263 Motion for protective order by USA is granted. 272 Motion for opening statements by USA is granted. Pretrial Conference set for 10/13/2021 at 3:30 PM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Final Pretrial Conference set for 10/25/2021 at 2:00 PM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Total Time: 1 hours and 12 minutes (Court Reporter Julie Monette) (Reis, Julia) (Entered: 09/20/2021) |
| 09/27/2021 | 280 | NOTICE *of Government's Proposed Summary of the Case* by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren (Courtney Kaoutzanis, Jocelyn) (Entered: 09/27/2021) |
| 09/29/2021 | 283 | NOTICE *OF DISCLOSURE OF EXPERT WITNESS* by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren (Kale, Rahul) (Entered: 09/29/2021) |
| 09/30/2021 | 284 | MOTION to Seal Motion for Protective Order and Memorandum in Support by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese |

|            |     | Warren. (Kale, Rahul) (Entered: 09/30/2021) |
|------------|-----|---------------------------------------------|
| 09/30/2021 | 285 | SEALED MOTION Motion for Protective Order - by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren. (Attachments: # 1 Memorandum in Support)(Kale, Rahul) (Entered: 09/30/2021) |
| 10/04/2021 | 298 | NOTICE *of Trial Conflict - U.S v. Laheem Jones & State v. Hayes* by Laheem Jones (Crosland, Darnell) (Entered: 10/04/2021) |
| 10/04/2021 | 302 | MOTION in Limine *Regarding Use of Inconsistent Statements Before the Grand Jury as Substantive Evidence at Trial* by USA as to Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren. (Levick, Stephanie) (Entered: 10/04/2021) |
| 10/04/2021 | 304 | MOTION to Exclude Defendants' Self-Serving Hearsay Statements by USA as to Asante Gaines, Laheem Jones, Tyiese Warren. (Courtney Kaoutzanis, Jocelyn) (Entered: 10/04/2021) |
| 10/05/2021 | 308 | MOTION to Allow the United States to Recall Witnesses by USA as to Asante Gaines, Laheem Jones, Tyiese Warren. (Courtney Kaoutzanis, Jocelyn) (Entered: 10/05/2021) |
| 10/06/2021 | 310 | CORRECTED ORDER as to Laheem Jones re 298 Notice of Trial Conflict. Attorney Crosland has requested to be released from trial in *US v. Gaines et al* which is scheduled to commence for jury selection on November 2, 2021. Given the length of time this has been scheduled for, the anticipated length of the trial and the presence of multiple defendants, Attorney Crosland will not be released from trial. Signed by Judge Janet Bond Arterton on 10/6/2021. (Reis, Julia) Modified docket text on 10/12/2021 (Reis, Julia). (Entered: 10/06/2021) |
| 10/07/2021 | 313 | MOTION in Limine *to Admit Excited Utterance Statements* by USA as to Asante Gaines, Laheem Jones, Tyiese Warren. (Kale, Rahul) (Entered: 10/07/2021) |
| 10/08/2021 | 316 | NOTICE *of Defendants' Proposed Summary of the Case* by Asante Gaines, Laheem Jones, Tyiese Warren (Kestenband, Jeffrey) (Entered: 10/08/2021) |
| 10/12/2021 | 317 | MOTION in Limine *to Admit Evidence under Rule 609 or as Contradiction of Specific Testimony* by USA as to Asante Gaines, Laheem Jones, Tyiese Warren. (Kale, Rahul) (Entered: 10/12/2021) |
| 10/12/2021 | 321 | Docket Entry Correction: Document 310 Order as to Laheem Jones corrected. Docket text modified to remove "representing Mr. Jones". (Reis, Julia) (Entered: 10/12/2021) |
| 10/12/2021 | 322 | NOTICE OF E-FILED CALENDAR as to Asante Gaines, Laheem Jones, Tyiese Warren: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>*COURTROOM CHANGE ONLY.* The Pretrial Conference sscheduled for 10/13/2021 at 3:30 PM will be held in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 10/12/2021) |
| 10/13/2021 | 323 | Memorandum in Opposition by Asante Gaines, Laheem Jones, Tyiese Warren re 304 MOTION to Exclude Defendants' Self-Serving Hearsay Statements (Kestenband, Jeffrey) (Entered: 10/13/2021) |
| 10/13/2021 | 324 | NOTICE OF E-FILED CALENDAR as to Asante Gaines, Laheem Jones, Tyiese Warren: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>The Pretrial Conference scheduled for 10/13/2021 at 03:30 PM in Courtroom 2 before |

| | | |
|---|---|---|
| | | Judge Janet Bond Arterton will now be conducted telephonically. Please call Judge Arterton's conference number, 877-402-9753; access code: 3535720. (Reis, Julia) (Entered: 10/13/2021) |
| 10/13/2021 | 325 | AMENDED SCHEDULING ORDER as to Asante Gaines, Laheem Jones and Tyiese Warren: On June 15, 2021 196 this matter was set down for jury selection to be held November 2, 2021. On September 20, 2021 278 this matter was set down for a pre-trial conference to be held October 13, 2021 in Courtroom Two. On October 4, 2021 Attorney Crosland (counsel for Defendant Laheem Jones) filed his Notice of Trial Conflict 298 . An Order entered October 6, 2021 notifying Attorney Crosland that he will not be released from trial due to the length of time this trial has been scheduled and in light of the multiple Defendants involved. Thereafter, on October 11, 2021, Attorney Crosland wrote a letter to the undersigned, Judge Patrick Carroll (Office of the Chief Court Administrator) and Chief Judge Stefan R. Underhill reiterating his trial conflicts in State and Federal Courts. On October 12, 2021 at 6:53 p.m. Assistant U.S. Attorney Rahul Kale notified the Court via email that State's Attorney Ferencek assured him that both of Attorney Crosland's cases which were scheduled for November have been postponed to January 2022 by the presiding judge of the GA. The Court requested this in writing from AUSA Rahul whose responsive email, sent at 1:05 p.m. today, stated: This morning he [State's Attorney Ferenceck] told me he was mistaken. Attorney Crosland has notified the Court via email that he is currently selecting a jury in state court today, October 13, 2021 from 10:00 a.m. to 5:00 p.m.In light of the above, the Court will hold its previously-scheduled in person pre-trial conference in this case by telephone today, October 13, 2021 at 5:30 p.m. (please note time change). All counsel shall participate as follows: 1-877-402-9753; access code: 3535720.The Clerk is requested to provide Judge Gary White with a copy of this Amended Scheduling Order: gary.white@jud.ct.gov. Signed by Judge Janet Bond Arterton on 10/13/21. (Tooker, Aimee) (Entered: 10/13/2021) |
| 10/13/2021 | | Telephonic Pre-Trial Conference set down for 10/13/21 at 5:30 p.m. re: Asante Gaines, Laheem Jones and Tyiese Warren: 1-877-402-9753; access code: 3535720.(Tooker, Aimee) (Entered: 10/13/2021) |
| 10/13/2021 | 326 | Minute Entry for proceedings held before Judge Janet Bond Arterton: A Telephonic Pretrial Conference as to Asante Gaines, Laheem Jones, Tyiese Warren held on 10/13/2021. An endorsement order shall follow. A follow-up telephonic pretrial conference is set for 10/20/2021 at 5:30 PM before Judge Janet Bond Arterton. 1-877-402-9753; access code: 3535720. Total Time: 1 hours and 34 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 10/13/2021) |
| 10/14/2021 | 328 | NOTICE *of Proposed Protective Order* by USA as to Asante Gaines, Laheem Jones, Tyiese Warren (Courtney Kaoutzanis, Jocelyn) (Entered: 10/14/2021) |
| 10/18/2021 | 330 | REPLY TO RESPONSE to Motion by USA as to Asante Gaines, Laheem Jones, Tyiese Warren re 304 MOTION to Exclude Defendants' Self-Serving Hearsay Statements (Courtney Kaoutzanis, Jocelyn) (Entered: 10/18/2021) |
| 10/20/2021 | 336 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Pretrial Conference as to Laheem Jones and Tyiese Warren held on 10/20/2021.<br><br>Jury Selection is rescheduled for 11/17/2021, 11/18/2021, and 11/19/2021 at 9:30 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Trial is rescheduled for 11/30/2021 at 9:30 AM in Courtroom One, 141 Church |

| | | |
|---|---|---|
| | | St., New Haven, CT before Judge Janet Bond Arterton.<br>The Pretrial Conference scheduled for 10/25/2021 at 2:00 PM is cancelled.<br>Total time: 26 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 10/20/2021) |
| 10/20/2021 | 337 | PROTECTIVE ORDER as to Laheem Jones, Tyiese Warren<br>Signed by Judge Janet Bond Arterton on 10/20/2021. (Reis, Julia) (Entered: 10/20/2021) |
| 10/25/2021 | 343 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A Frye Hearing is set for 10/28/2021 at 1:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 10/25/2021) |
| 10/25/2021 | 344 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>*RESET FROM 10/28/2021 at 1:00 PM*. The Frye Hearing is rescheduled to 10/29/2021 at 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 10/25/2021) |
| 10/27/2021 | | The Frye Hearing scheduled for Laheem Jones on 10/29/2021 at 10:00 AM is cancelled. The parties shall advise the Court of dates on which they are both available for the requested Frye Hearing. (Reis, Julia) (Entered: 10/27/2021) |
| 11/01/2021 | 347 | ORDER denying 308 Motion as to Laheem Jones (5); granting 313 Motion in Limine as to Laheem Jones (5); granting 317 Motion in Limine as to Laheem Jones (5). Signed by Judge Janet Bond Arterton on 11/1/21. (Tooker, Aimee) (Entered: 11/01/2021) |
| 11/01/2021 | 348 | Pro Se MOTION for Order by Laheem Jones. (Attachments: # 1 Envelope)(Reis, Julia) (Entered: 11/01/2021) |
| 11/05/2021 | 353 | MOTION for Status Conference Before the Start of Evidence by USA as to Laheem Jones. (Courtney Kaoutzanis, Jocelyn) (Entered: 11/05/2021) |
| 11/09/2021 | | Jury Selection will be held in Courtroom One; Jury Trial will be held in Courtroom Two, 141 Church Street, New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 11/09/2021) |
| 11/10/2021 | 357 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A Telephonic Status Conference is set for 11/10/2021 at 5:00 PM before Judge Janet Bond Arterton. 1-877-402-9753; access code: 3535720. (Reis, Julia) (Entered: 11/10/2021) |
| 11/10/2021 | 359 | Minute Entry for proceedings held before Judge Janet Bond Arterton:<br>Telephonic Status Conference as to Laheem Jones held on 11/10/2021.<br>Total time: 35 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 11/12/2021) |
| 11/12/2021 | 360 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. |

CT CMECF NextGen                                    https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| | | |
|---|---|---|
| | | A Telephonic Status Conference is set for 11/16/2021 at 5:00 PM before Judge Janet Bond Arterton. 877-402-9753; access code: 3535720. (Reis, Julia) (Entered: 11/12/2021) |
| 11/16/2021 | 367 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference as to Laheem Jones held on 11/16/2021. Total Time: 1 hours and 4 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 11/18/2021) |
| 11/18/2021 | 362 | The Government's Motion for Status Conference Before the Start of Evidence (Doc. # 353 ) is GRANTED and was held on November 10, 2021. At Defendant's request, an additional telephonic conference was held on Tuesday, November 15, 2021 at 5:00 PM. Signed by Judge Janet Bond Arterton on 11/18/2021. (Reis, Julia) (Entered: 11/18/2021) |
| 11/18/2021 | 363 | ORDER: The Defendant's concerns expressed in his letter (Doc. # 348 ) about what he perceives as conflicting trial obligations of his attorney have been addressed in scheduling conferences. The scheduling order provides for jury selection the week of November 17-19. Counsel's state trial has concluded. The Government's evidence will begin on Tuesday, November 30, 2021. Inasmuch as the Government produced its discovery material months ago and has provided exhibit and witness notebooks, this schedule affords adequate trial preparation time. Accordingly, the Defendant Jones' Motion for Order (Doc. # 348 ) is DENIED. Signed by Judge Janet Bond Arterton on 11/18/2021. (Reis, Julia) (Entered: 11/18/2021) |
| 11/18/2021 | 364 | SEALED ORDER as to Laheem Jones. Signed by Judge Janet Bond Arterton on 11/18/2021. (Reis, Julia) (Entered: 11/18/2021) |
| 11/18/2021 | 368 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Voir Dire begun and Jury Selection held on 11/18/2021 as to Laheem Jones (5). Total Time: 7 hours and 50 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 11/18/2021) |
| 11/18/2021 | 369 | NOTICE OF E-FILED CALENDAR as to Laheem Jones: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>At the Defendant's request, a Change of Plea Hearing is set for 11/19/2021 at 10:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Reis, Julia) (Entered: 11/18/2021) |
| 11/19/2021 | 370 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Change of Plea Hearing as to Laheem Jones held on 11/19/2021. Guilty Plea entered as to Counts 1 and 2 of the Superseding Indictment by Laheem Jones (5). Total Time: 1 hour and 57 minutes (Court Reporter Corinne Thomas)(Reis, Julia) (Entered: 11/19/2021) |
| 11/19/2021 | 371 | Petition to Enter Plea of Guilty as to Laheem Jones. Signed by Judge Janet Bond Arterton. (Reis, Julia) (Entered: 11/19/2021) |
| 11/19/2021 | 372 | PLEA AGREEMENT as to Laheem Jones (Reis, Julia) (Entered: 11/19/2021) |
| 11/19/2021 | 373 | SENTENCING SCHEDULING ORDER as to Laheem Jones. First Disclosure-PSI due 1/3/2022. Objections Due 1/17/2022. 2nd-Disclosure PSI due |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 1/31/2022. Defendant's Sentencing Memorandum due 2/7/2022. Government's Sentencing Memorandum due 2/10/2022. Replies, if any, due 2/14/2022. Sentencing set for 2/23/2022 at 3:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Signed by Judge Janet Bond Arterton on 11/19/2021. (Reis, Julia) (Entered: 11/19/2021) |
| 12/13/2021 | 375 | MOTION for Peter D. Markle to Withdraw as Attorney by USA as to Marquis Isreal, Asante Gaines, Destine Calderon, Diomie Blackwell, Laheem Jones, Tyiese Warren, Jacquon Benejan, Undrea Kirkland. (Markle, Peter) (Entered: 12/13/2021) |
| 12/15/2021 | 377 | ORDER granting 375 Motion to Withdraw as Attorney. Attorney Peter D. Markle withdrawn from case as to Marquis Isreal (1), Asante Gaines (2), Destine Calderon (3), Diomie Blackwell (4), Laheem Jones (5), Tyiese Warren (6), Jacquon Benejan (7), Undrea Kirkland (8). Signed by Judge Janet Bond Arterton on 12/15/2021. (Reis, Julia) (Entered: 12/16/2021) |
| 01/03/2022 | 381 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Laheem Jones. (available to USA, Laheem Jones) (Attachments: # 1 Superseding Indictment, # 2 Plea Agreement, # 3 Financial Statement)(Nagy, M.) (Entered: 01/03/2022) |
| 01/25/2022 | 404 | MOTION for Extension of Time Sentencing Schedule until on or after June 30, 2022 by Laheem Jones. (Crosland, Darnell) (Entered: 01/25/2022) |
| 01/25/2022 | 405 | Memorandum in Opposition by USA as to Laheem Jones re 404 MOTION for Extension of Time Sentencing Schedule until on or after June 30, 2022 (Courtney Kaoutzanis, Jocelyn) (Entered: 01/25/2022) |
| 01/25/2022 | 406 | ORDER granting with modification 404 Motion for Extension of Time of Sentencing Schedule until on or after June 30, 2022 as to Laheem Jones. Sentencing is rescheduled for 3/3/2022 at 11:00 AM. No good cause is shown for postponement beyond this date. An amended sentencing scheduling order shall follow. Signed by Judge Janet Bond Arterton on 1/25/2022. (Reis, Julia) (Entered: 01/25/2022) |
| 01/25/2022 | 407 | AMENDED SENTENCING SCHEDULING ORDER as to Laheem Jones: 2nd-Disclosure PSI due 2/14/2022. Defendant's Sentencing Memorandum due 2/18/2022. Government's Sentencing Memorandum due 2/25/2022. Response due 2/28/2022. Sentencing is rescheduled for 3/3/2022 at 11:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Signed by Judge Janet Bond Arterton on 1/25/2022. (Reis, Julia) (Entered: 01/25/2022) |
| 01/31/2022 | 412 | Supplemental MOTION for Extension of Time Sentencing Schedule until April 15, 2022 by Laheem Jones. (Crosland, Darnell) (Entered: 01/31/2022) |
| 01/31/2022 | 413 | RESPONSE/REPLY by USA as to Laheem Jones *re Second Motion to Adjourn Sentencing* (Courtney Kaoutzanis, Jocelyn) (Entered: 01/31/2022) |
| 01/31/2022 | 414 | Supplemental MOTION for Extension of Time Sentencing Schedule until the week of 3/21/2022 by Laheem Jones. (Crosland, Darnell) (Entered: 01/31/2022) |
| 02/04/2022 | 420 | ORDER denying 412 Motion for Extension of Time Sentencing Schedule until 4/15/2022; granting 414 Supplemental Motion for Extension of Time Sentencing Schedule until the week of 3/21/2022 as to Laheem Jones. An amended sentencing |

**A - 20**

|  |  |  |
|---|---|---|
|  |  | scheduling order shall follow. Signed by Judge Janet Bond Arterton on 2/4/2022. (Reis, Julia) (Entered: 02/04/2022) |
| 02/04/2022 | 421 | SECOND AMENDED SENTENCING SCHEDULING ORDER as to Laheem Jones: Objections to the 1st-Disclosure PSI due 3/7/2022. 2nd-Disclosure PSI due 3/14/2022. Defendant's Sentencing Memorandum due 3/18/2022. Government's Sentencing Memorandum due 3/22/2022. Replies due 3/24/2022.<br><br>Sentencing is rescheduled for 3/25/2022 at 2:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.<br>Signed by Judge Janet Bond Arterton on 2/4/2022. (Reis, Julia) (Entered: 02/04/2022) |
| 03/07/2022 | 447 | MOTION for Extension of Time Re: Objections to the 1st-Disclosure PSI until March 14, 2022 by Laheem Jones. (Crosland, Darnell) (Entered: 03/07/2022) |
| 03/08/2022 | 450 | ORDER granting 447 Motion for Extension of Time Re: Objections to the 1st-Disclosure PSI until March 14, 2022 by Laheem Jones. An amended sentencing scheduling order shall follow. Signed by Judge Janet Bond Arterton on 3/8/2022. (Reis, Julia) (Entered: 03/08/2022) |
| 03/08/2022 | 451 | THIRD AMENDED SENTENCING SCHEDULING ORDER as to Laheem Jones. Objections to the 1st-Disclosure PSI due 3/14/2022. 2nd-Disclosure PSI due 3/18/2022. Defendant's Sentencing Memorandum due 3/21/2022. Government's Sentencing Memorandum due 3/23/2022. Replies due 3/24/2022.<br><br>Sentencing remains scheduled for 3/25/2022 at 2:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. If counsel are vaccinated and wish to remove their mask while speaking, counsel may do so conditioned on negative results on a COVID-19 rapid test performed in the courthouse before proceedings begin. Please contact the Courtroom Deputy no less than 45 minutes before the hearing to make testing arrangements.<br>Signed by Judge Janet Bond Arterton on 3/8/2022. (Reis, Julia) (Entered: 03/08/2022) |
| 03/14/2022 | 470 | Third MOTION for Extension of Time *Re: PSR Objections And Sentencing Scheduling Order* by Laheem Jones. (Crosland, Darnell) (Entered: 03/14/2022) |
| 03/14/2022 | 471 | Third MOTION for Extension of Time *Re: PSR Objections and Sentencing Scheduling Order* by Laheem Jones. (Crosland, Darnell) (Entered: 03/14/2022) |
| 03/16/2022 | 473 | ORDER granting 471 Motion for Extension of Time as to Laheem Jones; terminating 470 Motion for Extension of Time. No further extensions will be granted. An amended scheduling order shall follow. Signed by Judge Janet Bond Arterton on 3/16/2022. (Reis, Julia) (Entered: 03/16/2022) |
| 03/16/2022 | 474 | FOURTH AMENDED SENTENCING SCHEDULING ORDER as to Laheem Jones: Objections to the 1st-Disclosure PSI due 3/21/2022. 2nd-Disclosure PSI due 3/25/2022. Defendant's Sentencing Memorandum due 3/29/2022. Government's Sentencing Memorandum due 4/4/2022. Replies due 4/5/2022 by noon.<br><br>Sentencing is rescheduled for 4/6/2022 at 2:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.<br>Signed by Judge Janet Bond Arterton on 3/16/2022. (Reis, Julia) (Entered: 03/16/2022) |

CT CMECF NextGen                                    https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| | | |
|---|---|---|
| 03/24/2022 | 480 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Laheem Jones. (available to USA, Laheem Jones) (Attachments: # 1 Addendum, # 2 Government's PSR Objection Letter, # 3 Defendant's PSR Objection Letter, # 4 Superseding Indictment, # 5 Plea Agreement, # 6 Financial Statement)(Nagy, M.) (Entered: 03/24/2022) |
| 03/24/2022 | 481 | Sealed Sentencing Recommendation: as to Laheem Jones (Nagy, M.) (Entered: 03/24/2022) |
| 03/28/2022 | 488 | MOTION for Extension of Time Re: Defendant's Sentencing Memorandum until April 1, 2022 by Laheem Jones. (Crosland, Darnell) (Entered: 03/28/2022) |
| 03/29/2022 | 490 | ORDER granting 488 Motion for Extension of Time Re: Defendant's Sentencing Memorandum to a date on or before April 1, 2022. In order to afford the government minimally sufficient time to reply, the Defendant's sentencing memorandum must be filed by 5:30 PM on 3/30/2022. All other deadlines remain. Signed by Judge Janet Bond Arterton on 3/29/2022. (Reis, Julia) (Entered: 03/29/2022) |
| 03/30/2022 | 492 | SENTENCING MEMORANDUM by Laheem Jones (Crosland, Darnell) (Entered: 03/30/2022) |
| 04/01/2022 | 493 | SENTENCING MEMORANDUM by USA as to Laheem Jones (Courtney Kaoutzanis, Jocelyn) (Entered: 04/01/2022) |
| 04/01/2022 | 497 | Pro Se Letter dated 3/28/2022 by Laheem Jones. (Attachments: # 1 Envelope) (Reis, Julia) (Entered: 04/05/2022) |
| 04/05/2022 | 496 | MOTION to Amend/Correct 492 Sentencing Memorandum filed by Laheem Jones by Laheem Jones. (Crosland, Darnell) (Entered: 04/05/2022) |
| 04/05/2022 | 498 | MOTION for Extension of Time Re: Evidentiary Hearing and Sentencing until April 25, 2022 by Laheem Jones. (Crosland, Darnell) (Entered: 04/05/2022) |
| 04/05/2022 | 499 | EXHIBIT to 498 MOTION for Extension of Time Re: Evidentiary Hearing and Sentencing until April 25, 2022 - ENTERED IN ERROR as Amended MOTION for Extension of Time Re: Evidentiary Hearing and Sentencing until April 25, 2022 by Laheem Jones. (Crosland, Darnell) Modified on 4/5/2022 to correct event type (Reis, Julia). (Entered: 04/05/2022) |
| 04/05/2022 | 500 | EXHIBIT by Laheem Jones re 496 MOTION to Amend/Correct 492 Sentencing Memorandum filed by Laheem Jones (Crosland, Darnell) (Entered: 04/05/2022) |
| 04/05/2022 | 501 | Memorandum in Opposition by USA as to Laheem Jones re 498 MOTION for Extension of Time Re: Evidentiary Hearing and Sentencing until April 25, 2022 (Kale, Rahul) (Entered: 04/05/2022) |
| 04/06/2022 | 503 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Sentencing (Fatico Hearing) and Motion Hearing as to Laheem Jones held on 4/6/2022. Sentencing continued until 4/7/2022 at 10:30 AM. 498 Motion for Extension of Time Re: Evidentiary Hearing and Sentencing as to Laheem Jones is DENIED. Total Time: 3 hours and 20 minutes (Court Reporter Corinne Thomas) (Reis, Julia) Modified on 4/7/2022 to include motion hearing (Reis, Julia). (Entered: 04/07/2022) |

| 04/07/2022 | 504 | Oral MOTION to Dismiss Remaining Counts by USA as to Laheem Jones. (Reis, Julia) (Entered: 04/07/2022) |
|---|---|---|
| 04/07/2022 | 505 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Sentencing (Fatico Hearing) and Motion Hearing as to Laheem Jones held on 4/7/2022.<br>496 Motion to Amend/Correct 492 Sentencing Memorandum filed by Laheem Jones is GRANTED.<br>504 Oral Motion to Dismiss Remaining Counts as to Laheem Jones is GRANTED.<br>Total Time: 5 hours and 1 minute (Court Reporter Corinne Thomas) (Reis, Julia) (Entered: 04/07/2022) |
| 04/07/2022 | | DISMISSAL OF REMAINING COUNTS as to Laheem Jones. (Reis, Julia) (Entered: 04/07/2022) |
| 04/07/2022 | 506 | Admitted Exhibit and Witness List re Evidentiary Sentencing Hearing held on 4/6/2022 - 4/7/2022. (Reis, Julia) (Entered: 04/07/2022) |
| 04/10/2022 | 510 | PRESENTENCE INVESTIGATION REPORT (Revised) *(SEALED - government and defense counsel)* as to Laheem Jones. (available to USA, Laheem Jones) (Nagy, M.) (Entered: 04/10/2022) |
| 04/11/2022 | 512 | TRANSCRIPT of Proceedings: as to Laheem Jones Type of Hearing: Change of Plea. Held on 11/19/2021 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/2/2022. Redacted Transcript Deadline set for 5/12/2022. Release of Transcript Restriction set for 7/10/2022. (Thomas, Corinne) (Entered: 04/11/2022) |
| 04/13/2022 | 514 | Acknowledgment of Receipt: Exhibits Received by USA as to Laheem Jones. (Reis, Julia) (Entered: 04/15/2022) |
| 05/02/2022 | 530 | JUDGMENT as to Laheem Jones on Counts 1 and 2 of the Superseding Indictment. Defendant is ordered committed to the custody of the Attorney General of the United States to be imprisoned for a period of 100 months as to Count 1 of the Superseding Indictment and a period of 90 months on Count 2 of the Superseding Indictment, to be served consecutively for a total sentence of 190 months; supervised release for a total term of 3 years; special assessment of $200.00 shall be paid for via BOP's Financial Responsibility Program.<br>Signed by Judge Janet Bond Arterton on 4/28/2022. (Reis, Julia) (Entered: 05/04/2022) |
| 05/02/2022 | 531 | Unredacted document with JUDGE'S SIGNATURE regarding 530 Judgment as to defendant Laheem Jones. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Reis, Julia) (Entered: 05/04/2022) |

CT CMECF NextGen                                      https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| | | |
|---|---|---|
| 05/16/2022 | 539 | Statement of Reasons *(SEALED - government and defense counsel)* as to Laheem Jones. (available to USA, Laheem Jones) (Sitek, J.) (Entered: 05/16/2022) |
| 06/03/2022 | 557 | TRANSCRIPT of Proceedings: as to Laheem Jones Type of Hearing: Sentencing. Held on 04/06/2022 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/4/2022. Release of Transcript Restriction set for 9/1/2022. (Thomas, Corinne) (Entered: 06/03/2022) |
| 06/03/2022 | 558 | TRANSCRIPT of Proceedings: as to Laheem Jones Type of Hearing: Sentencing. Held on 04/07/2022 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/4/2022. Release of Transcript Restriction set for 9/1/2022. (Thomas, Corinne) (Entered: 06/03/2022) |
| 06/27/2022 | 570 | NOTICE OF APPEAL by Laheem Jones re 530 Judgment. (Attachments: # 1 Envelope)(Chartier, AnnMarie) (Entered: 06/28/2022) |
| 06/28/2022 | 571 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 570 Notice of Appeal - Final Judgment. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Chartier, AnnMarie) (Entered: 06/28/2022) |
| 08/19/2022 | 577 | MOTION for Order Re: For Production of Documents by Laheem Jones. (Attachments: # 1 Envelope)(Chartier, AnnMarie) (Entered: 08/26/2022) |
| 02/13/2023 | 580 | MOTION for Leave to Proceed in forma pauperis by Laheem Jones. (Attachments: # 1 Envelope)(Sichanh, Christina) (Entered: 02/13/2023) |
| 02/13/2023 | 581 | Sealed Document: Inmate Financial Statement by Laheem Jones (Sichanh, Christina) (Entered: 02/13/2023) |
| 03/16/2023 | 582 | Notice of USCA re: Pending Motion to Proceed IFP (Sichanh, Christina) (Entered: 03/20/2023) |

CT CMECF NextGen                                    https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?205213713227865-L_1_0-1

| 03/22/2023 | 583 | ORDER granting Defendant Laheem Jones' motion 580 for permission to appeal in forma pauperis pursuant to 28 U.S.C. § 1915, which permits the Court to authorize an individual to proceed in forma pauperis and commence an action without prepayment of fees if the party submits a financial affidavit that lists all assets and demonstrates that the movant is unable to pay such fees, and sets forth the nature of the action, defense, or appeal. The Court has reviewed the Defendant's affidavit and is satisfied that the requirements of 28 U.S.C. § 1915 are met. The Clerk shall transmit this order to the Court of Appeals for the Second Circuit. Signed by Judge Janet Bond Arterton on 3/22/2023. (Anderson, Colleen) (Entered: 03/22/2023) |
|---|---|---|

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2023 16:59:57 | | | |
| **PACER Login:** | jamesmbranden | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cr-00126-JBA |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-2

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Feb. 16ᵗʰ        20²¹
Roberta D. Tabora, Clerk
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR126(JBA) |
| v. | VIOLATIONS: |
| MARQUIS ISREAL a.k.a. "Garf;" ASANTE GAINES a.k.a. "Santi;" DESTINE CALDERON; DIOMIE BLACKWELL a.k.a. "Yamo;" LAHEEM JONES a.k.a. "Heemie;" TYIESE WARREN a.k.a. "Loose Screw;" JACQUON BENEJAN a.k.a. "Blick;" and UNDREA KIRKLAND a.k.a. "Spooda" | 18 U.S.C. § 1962(d) (RICO conspiracy) |
| | 18 U.S.C. §§ 1959(a)(3) and (a)(5) (VCAR assault with a dangerous weapon/attempted murder) |
| | 18 U.S.C. § 924(c) (Using a firearm during and in relation to a crime of violence/using a firearm in furtherance of a drug trafficking offense) |
| | 18 U.S.C. §§ 1959(a)(5) and (a)(6) (VCAR conspiracy to commit murder/ conspiracy to commit assault with a dangerous weapon) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)(Possession with Intent to Distribute a Controlled Substance) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(RICO Conspiracy)

The Enterprise

1.      At all times relevant to this Superseding Indictment, the defendants ASANTE

GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo,"

1

LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a. "Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," together with others known and unknown to the Grand Jury, were members and associates of a Bridgeport, Connecticut street gang and criminal organization known as the Greene Homes, the Hots, the Greenes Boys, the GHB, and the Greene Homes Boyz (referred to herein as the "Greene Homes Boyz/Hots") that controls the Charles F. Greene Homes Housing Project, located in an area of Bridgeport referred to as The Hollow. The Greene Homes Boyz/Hots enterprise's members and associates engaged in narcotics distribution and acts of violence, including acts involving murder and assault. Greene Homes Boyz/Hots members and associates are allied with another Bridgeport criminal organization, the Original North End/ O.N.E. (which is based in the North End of Bridgeport) and, at times, the two gangs jointly target rival gang members. The Greene Homes Boyz/Hots enterprise operates principally in Bridgeport, Connecticut.

2.      The Greene Homes Boyz/Hots gang began as a local street gang based in Bridgeport, Connecticut, but it currently has members and associates who are either incarcerated or living throughout Bridgeport and surrounding towns. Greene Homes Boyz/Hots members and associates often communicate through various forms of electronic communication, including Facebook messenger, SnapChat, phone calls, text messages and music videos posted online. At times, members and associates use gang symbols and code words to communicate in order to avoid revealing their criminal activity.

3.      Members and associates of the Greene Homes Boyz/Hots gang are expected to protect the name, reputation and status of the gang from rival gang members and other persons. To protect the gang and enhance its reputation, Greene Homes Boyz/Hots members and associates

are expected to use any means necessary to force respect from those who have shown disrespect, including committing acts of intimidation, threats of violence and violence.

      4.     At all times relevant to this Superseding Indictment, the Greene Homes Boyz/Hots gang, including its leaders, members and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1961(4) (hereinafter also referred to as "the Enterprise"), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

      5.     The defendants Marquis Isreal, a.k.a. "Garf," and Tyiese Warren, a.k.a. "Loose Screw," who are not charged in Count One, were members of the Original North End/O.N.E., a Bridgeport-based gang and associates of the Green Homes Boyz/ Hots.  The Greene Homes Boyz/Hots and the Original North End/O.N.E. gangs have been allied together since approximately 2017. These two groups are allied against another alliance of Bridgeport gangs to include the East End, East Side, the P.T. Barnum and 150 (which is based on the West side of Bridgeport) gangs.

      6.     The Greene Homes Boyz/Hots had multiple criminal objectives, one of which was enrichment of the members and associates of the Enterprise through the distribution of controlled substances including heroin, crack cocaine/ cocaine base, marijuana and Percocet pills. Members and associates of the Greene Homes Boyz/Hots sold narcotics primarily in the Greene Homes housing project in Bridgeport. Enterprise members and associates referred customers to each other and engaged in narcotics trafficking together. Greene Homes Boyz/Hots members and associates would share customers and refer each other to customers and engaged in narcotics trafficking

together. Often, drug-related activity was coordinated and facilitated by text messaging and Facebook messenger.

7.      Members and associates of the Greene Homes Boyz/Hots gang committed, conspired, attempted and threatened to commit acts of violence, to protect the enterprise and to protect fellow members and associates of the Greene Homes Boyz/Hots gang as well as the reputations of deceased members. These acts of violence included acts involving murder and assault and were intended to protect the Greene Homes Boyz/Hots gang from rival gangs and to otherwise promote the standing and reputation of the enterprise (and individual members) amongst rival gangs as well as amongst other Greene Homes Boyz/Hots gang members.

<u>Purposes of the Greene Homes Boyz/Hots Enterprise</u>

8.      The purposes of the Enterprise included the following:

a.      Enriching the members and associates of the Enterprise through, among other things, the distribution and sale of controlled substances.

b.      Preserving and protecting the power, territory, reputation, and profits of the Enterprise using intimidation, threats of violence, and violence, including, but not limited to, acts involving murder and assault.

c.      Promoting and enhancing the Enterprise and the activities and authority of its members and associates.

d.      Keeping victims and potential victims, witnesses and rival gang members in fear of the Enterprise and in fear of its members and associates through violence and threats of violence.

e.      Providing assistance to members and associates of the Enterprise who committed crimes for and on behalf of the Enterprise.

4

f.      Providing financial support and information to members and associates of the Enterprise, including those incarcerated for committing acts of violence, distributing controlled substances and other offenses.

g.      Protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities through acts of intimidation and violence against potential witnesses, including members and associates of the Enterprise, to crimes committed by members and associates of the Enterprise.

h.      Hindering, obstructing, and preventing law enforcement officers from identifying, apprehending, and successfully prosecuting and punishing members and associates of the Greene Homes Boyz/Hots.

<u>Means and Methods of the Greene Homes Boyz/Hots Gang Enterprise</u>

9.      Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the Enterprise were the following:

a.      Members and associates of the Enterprise committed, conspired, attempted, and threatened to commit acts of violence, including acts involving murder and assault, against rival gang members and other individuals adverse to the Enterprise.

b.      Members and associates of the Enterprise promoted and celebrated the criminal conduct of the Enterprise, namely the narcotics distribution, acts involving violence, and the use and possession of firearms, on social media websites such as Facebook and YouTube.

c.      Members and associates of the Enterprise obtained, possessed, shared, used and disposed of firearms.

d.      Members and associates of the Enterprise distributed controlled substances.

5

e.    Members and associates of the Enterprise committed acts of intimidation and made threats as a means of deterring and/or punishing any potential witnesses to their crimes and in connection with protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities.

<u>The Racketeering Conspiracy</u>

10.    From approximately 2014 to the present, in the District of Connecticut and elsewhere, the defendants ASANTE GAINES, a.k.a. "Santi, DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a., "Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," together with others known and unknown to the Grand Jury, being persons employed by and associated with the Enterprise described in the preceding paragraphs, namely the Greene Homes Boyz/Hots gang, knowingly combined, conspired, confederated, and agreed together and with each other to violate the racketeering law of the United States, namely, Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Greene Homes Boyz/Hots gang, which was engaged in, and the activities of which affected, interstate and foreign commerce, through a pattern of racketeering activity consisting of:

a.    Multiple acts involving murder chargeable under the following provisions of state law: Connecticut General Statutes § 53a-54a (murder); § 53a-48 (conspiracy); § 53a-49 (attempt) and § 53a-8(a) (aiding and abetting).

b.    Multiple offenses involving the distribution of controlled substances in violation of the laws of the United States, namely, Title 21, United States Code, Sections 841 and 846.

6

11.    It was a part of the conspiracy that each defendant agreed that a conspirator would

commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

<u>Overt Acts</u>

12.    In furtherance of the conspiracy and to achieve the objectives thereof, the following

overt acts, among others, were committed in the District of Connecticut:

a.    From at least 2015 to the present, in the District of Connecticut, ASANTE
GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a.
"Yamo," LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a.
"Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," and others known and
unknown to the Grand Jury, did knowingly and intentionally combine, conspire,
confederate, and agree together and with each other to violate the narcotics laws of
the United States. The controlled substances involved in the offense included
heroin, cocaine base (crack), marijuana and Percocet pills.

b.    On or about May 22, 2015, UNDREA KIRKLAND, a.k.a. "Spooda," shot and
attempted to kill KJ, an individual whose identity is known to the Grand Jury and
who was a member or associate of the rival 150 gang.

c.    On or about February 7, 2018, JACQUON BENEJAN a.k.a. "Blick," and DIOMIE
BLACKWELL, a.k.a. "Yamo," shot and attempted to kill MJ, an individual whose
identity is known to the Grand Jury and who was a member or associate of the rival
150 gang.

d.    On or about February 27, 2018, in the District of Connecticut, UNDREA
KIRKLAND, a.k.a. "Spooda," shot and attempted to kill TH, an individual whose
identity is known to the Grand Jury and who was a member or associate of the rival
East End gang.

e.    On or about October 4, 2018, in the District of Connecticut, UNDREA
KIRKLAND, a.k.a. "Spooda," and JACQUON BENEJAN, a.k.a. "Blick," shot and
attempted to kill MS, an individual whose identity is known to the Grand Jury and
who was an associate of the East End gang.

f.    On or about January 27, 2020, in the District of Connecticut, ASANTE GAINES,
a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo,"
and LAHEEM JONES, a.k.a. "Heemie," aided and abetted by Marquis Isreal, a.k.a.
"Garf," and Tyiese Warren, a.k.a. "Loose Screw," who are not defendants in Count
One, shot at and attempted to kill members and associates of the rival East End
gang.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT TWO

(VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder/Aiding and Abetting
in VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder)

13.     Paragraphs 1 and 9 are incorporated by reference.

14.     At all times relevant to this Superseding Indictment, the Greene Homes Boyz/Hots,
including its leadership, its members, and its associates, constituted an enterprise as defined in
Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact,
which was engaged in, and the activities of which affected, interstate and foreign commerce. The
enterprise constituted an ongoing organization whose members functioned as a continuing unit for
a common purpose of achieving the objectives of the enterprise.

15.     At all times relevant to this Superseding Indictment, the above-described enterprise,
through its leadership, its members and its associates, engaged in racketeering activity as defined
in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder
in violation of the laws of the State of Connecticut and multiple offenses involving the distribution
of controlled substances in violation of the laws of the United States, namely, Title 21, United
States Code, Sections 841 and 846.

16.     On or about January 27, 2020, in the District of Connecticut, the defendants
MARQUIS ISREAL, a.k.a. "Garf," ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON,
DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie" and TYIESE
WARREN, a.k.a. "Loose Screw" aiding and abetting each other, for the purpose of gaining
entrance to and maintaining and increasing position in the Greene Homes Boyz/Hots, an enterprise
engaged in racketeering activity, intentionally and knowingly assaulted JA, JW, TW, and KH,
individuals whose identities are known to the Grand Jury, with a dangerous weapon, in violation
of Conn. Gen. Stat. §§ 53a-59(a) and 53a-8, and attempted to murder JA, JW, TW, and KH, in

8

violation of Conn. Gen. Stat. §§ 53a-54a, 53a-49 and 53a-8.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 1959(a)(5) and Section 2.

COUNT THREE

(Using and Discharging a Firearm During and in Relation to a Crime of Violence)

17.     On or about January 27, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly carry, use, brandish and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, violations of Title 18, United States Code, Sections 1959(a)(3) and 1959(a)(5), as set forth in Count Two of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

COUNT FOUR
(VCAR Conspiracy to Commit Murder and
Conspiracy to Commit VCAR Assault with a Dangerous Weapon)

18.     Paragraphs 1 through 9, and 14 through 16 are incorporated by reference.

19.     On or about January 27, 2020, in the District of Connecticut, the defendants MARQUIS ISREAL a.k.a., "Garf," ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie," and TYIESE WARREN, a.k.a. "Loose Screw," together with others, known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in Greene Homes Boyz/Hots, intentionally and knowingly conspired to murder members of a rival gang, in violation of Conn. Gen. Stat. §§ 53a-54a and 53a-48, and conspired to assault members of a rival gang with a dangerous weapon, in violation of Conn. Gen. Stat. §§ 53a-59(a) and 53a-48.

In violation of Title 18, United States Code, Sections 1959(a)(5) and 1959(a)(6).

9

COUNT FIVE

(Possession with Intent to Distribute Heroin, Fentanyl and Cocaine Base)

20.     On or about January 27, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SIX

(Possession with Intent to Distribute Fentanyl)

21.     On or about March 13, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SEVEN

(Possession with Intent to Distribute Cocaine Base)

22.     On or about March 13, 2020, in the District of Connecticut, the defendant JACQUON BENEJAN, a.k.a. "Blick," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT EIGHT
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

23.     On or about March 13, 2020, in the District of Connecticut, the defendant
JACQUON BENEJAN, a.k.a. "Blick," did knowingly and intentionally possess a firearm, that is
one Glock 43 handgun, bearing serial number ADSU529, and one Glock 19 handgun, bearing
serial number BFAA617, and a 31 round magazine, in furtherance of a drug trafficking crime for
which he may be prosecuted in a Court of the United States, that is a violation of Title 21, United
States Code, Sections 841(a)(1) and 841(b)(1)(C), as more particularly set forth in Count Seven of
this Superseding Indictment.

11

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

KAREN PECK
ASSISTANT UNITED STATES ATTORNEY

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT _November 19_ 20_21_
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

UNITED STATES OF AMERICA        :
                                :
            v.                  :    CASE NO. _____ (JBA)
                                :
_____   :
                                :

## PETITION TO ENTER A PLEA OF GUILTY
## PURSUANT TO RULES 10 AND 11 OF THE
## FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this
Court to permit him/her to withdraw his/her previously entered
plea of "Not Guilty" to Count(s) _ONE & TWO (divisible portion)_ of
the Indictment/Information in Criminal No. _3:20CR126_ (JBA),
and to plead "GUILTY" at this time to Count(s) _____.

In support of this petition, petitioner represents to the
Court as follows:

(1) My full and legal name is: _LAHEEM JONES_

_____.

I request that all proceedings against me be had in this name.

(2) I am _27_ years of age.

(3) I was born in (City, State, etc.) _BRIGEPORT_.

(4) (Place check in appropriate places.)

(a) I am able to read _✓_ and write _✓_ in the
English language.

- 1 -

       (b)  I am not able to read and write in English, and

I have had the benefit of the interpretation and

and translation services of _____

(name of interpreter), who is fluent in

_____ (name of language). I continue

to require such an interpreter.

(5) (a) I have received the following education in the

       United States (check the highest level

       completed):

       Grade School    1__2__3__4__5__6__7__8__

       High School    ____|____(Years)

       College    _____(Years)

       Graduate School _____(Years)

(b)  If education received in foreign country, give

       details_____

       _____.

(6)  I am represented by counsel and the name of my

attorney is _DARNELL D. CROSLAND_____.

(7) (a) I have received a copy of the

       Indictment/Information, I have read and

       discussed it with my attorney, and I understand

       every accusation made against me in this case.

(b)  As stated below in my own words, I understand
that in the counts of the Indictment/Information
to which I am now offering to plead guilty, I am
charged with the following crime(s):

RICO CONSPIRACY, VCAR, ATTEMPTED MURDER

[Identify each count and the nature of the
crime charged therein.]

(8)  My attorney informed, counseled, and advised me as to
the nature of every accusation against me, and as to
any possible defense I might have with respect to these
accusations.


(9)  My attorney has advised me that, with respect to the
Count(s) to which I intend to plead "GUILTY," the punishment
which the law provides is as follows:

[Add up the punishments on each count.  For example, if a
defendant is pleading guilty to counts one and two, and there
is a two-year maximum sentence on count one, and a five-year
maximum sentence on count two, write in seven years as the
maximum amount of imprisonment, and $100 as the mandatory
special assessment.]

- 3 -

(a)   A maximum of ___30 years___ imprisonment.

(b)   A mandatory minimum of ___0___ imprisonment.

(c)   A maximum fine of $_____.

(d)   A minimum fine of $_____.

(e)   A maximum term of supervised release of ___3___ years following imprisonment for the offense(s) charged in Count(s) _____ of the Indictment/Information.

(f)   A minimum term of supervised release of at least ___0___ years following imprisonment for the offense(s) charged in Count(s)_____ of the Indictment/Information. <u>I understand that if I violate any condition of the supervised release before the term expires, I may be required to serve a further term without any credit for the time already spent on supervised release of:</u>
(a)   ___2___   **years imprisonment**
(b)   the entire term of supervised release.

(g)   A maximum order of restitution equal to the amount of loss resulting to any victims of the offense(s) charged in the Indictment/Information to which I am offering to plead guilty.

(h)   I understand that I must also pay a mandatory special assessment of $___200,00___.

- 4 -

(10) My attorney has also advised me that:

[Check applicable line.]

✓ (a)  Because the offense to which I am offering to plead "GUILTY"is a Class A/B felony, the Court is not authorized to sentence me to probation.

_____ (b) Probation is a possible sentence, but that it may or may not be granted.

(11) My attorney has also advised me that in imposing a sentence on the offense(s) to which I am now offering to plead guilty, the Court must consider the Guidelines promulgated by the United States Sentencing Commission and the related policy statement.  The Court, however, is not bound by the Guidelines but must consider them along with other factors set forth in 18 U.S.C. §3553.

My attorney has counseled me with his/her opinion on what my sentencing range might me.  I fully understand that my attorney's opinion (or my own) may be incorrect and that any disputed facts and objections to application of the Guidelines calculated will be made by a preponderance of the evidence. I understand that my attorney's opinion or prediction concerning the Guidelines to be considered is not binding on the Court nor are the Guidelines themselves binding on the Court; and that I have no right to withdraw my plea on the ground that my attorney's opinion or prediction (or my own) concerning any

- 5 -

sentence proved to be incorrect.  I fully understand that the sentence could be up to the maximum provided by the statute.

My attorney has advised me that in certain instances, conduct which is found or stipulated to have occurred will be taken into consideration in computing the applicable Guidelines to be considered, even though that conduct does not form the basis of the specific count(s) to which I am pleading guilty.

My attorney has advised me, and I fully understand, that parole has been abolished for offenses committed on or after November 1, 1987, and that if I am sentenced to prison, I will not be released on parole.

_____ (12) Consequences for parole and probation. [Check if defendant is on probation or parole in this or any other court.]

I understand that by pleading GUILTY here, my probation/parole may be revoked and I may be required to serve time in prison in the case in which I am on probation/parole, in addition to any sentence imposed upon me in this case. Moreover, my attorney has advised me that my status on probation/parole at the time of the offense charged in this case may result in an increase in the Guideline range or in the sentence imposed.

(13) My attorney has advised me that if I plead "GUILTY" to more that one offense, the Court may order the sentence to be served consecutively - that is, one after another.

- 6 -

(14) I understand that I may, if I so choose, plead "NOT GUILTY" to any offense charged against me, and that I may continue to plead "NOT GUILTY," if I have already so pleaded.

(15) I understand that if I choose to plead "NOT GUILTY," I may proceed to trial at the time set by the Court.  I further understand that the United States Constitution guarantees me:

> (a) the right to a speedy and public trial by jury;
>
> (b) the right to see, hear, and question all witnesses called by the government against me;
>
> (c) the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witnesses, in my favor;
>
> (d) the right to have the assistance of counsel in my defense at all stages of these proceedings, as well as upon the trial;
>
> (e) the right not to be compelled to incriminate myself; that is, I understand that if I go to trial, I may remain silent and I cannot be compelled to take the witness stand; and
>
> (f) the right to be found "not guilty" on any charge for which the evidence lawfully admitted at trial does not sustain a finding of guilt beyond a reasonable doubt.

(16) I understand that, by pleading "GUILTY," I waive (that is, I give up) my right to a trial, and that there will be no further trial of any kind.

- 7 -

(17) I understand that, if I plead "GUILTY," the Court may ask me questions about the offense to which I am pleading "GUILTY."  I also understand that if I answer these questions under oath, on the record, and in the presence of counsel, my answers, if false may later be used against me in a prosecution for perjury or false statement.

I understand also that, by pleading "GUILTY," I waive any right against self-incrimination concerning the facts constituting the offense to which I am pleading "GUILTY."

(18) I understand that, if I plead "GUILTY," the Court may impose the same punishment as if a I pleaded "NOT GUILTY," stood trial, and had been convicted by a jury.

(19) I further understand that if a plead "GUILTY," I waive (that is, I give up) any defenses I may have had and, in particular, that I waive any claims which I may have based upon any previous violations of my statutory or constitutional rights. I understand that if I were to continue to plead "NOT GUILTY," I would be entitled to have my attorney make appropriate application to the Court based upon any such violations – for example, a motion to suppress evidence.

(20) I declare that no officer or agent of any branch of government (federal, state or local), nor any other person, has made any promises or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter

- 8 -

sentence, or probation, or any other form of leniency, if I would plead "GUILTY," except to the extent that my plea of "GUILTY," may be a factor considered by the Court in determining whether I have accepted responsibility for my criminal conduct within the meaning of the Guidelines or to the extent indicated in my written plea agreement with the Government.

(21) I declare that I have not been <u>threatened</u> or <u>forced</u> in any way to plead guilty at this time or any other times.

(22) My decision to plead "GUILTY" arises out of discussions between me and my attorney, who advised me that if I plead "GUILTY" to Count(s) <u>ONE & TWO</u> the government has agreed to the following: [Staple here a copy of any written agreement between the government and the defendant. If there is no written agreement, state the nature of the agreement in the space below.]

(23) I understand that the Court may accept or reject the terms of this agreement, or may defer its decision to accept or reject the agreement until it has had an opportunity to consider a presentence report prepared by the United States Probation Office.

    (24)  (a)   I have made this decision to plead "GUILTY" freely and voluntarily and as a result of my own reasoning processes.

          (b)   I know that the Court will not accept a plea of "GUILTY" from any one who claims to be innocent and I am not pleading "GUILTY" for any reason other than that I am indeed guilty.

    (25) [Place check mark in appropriate place:]

I have_____/have not_____ made any statement to any law enforcement officer or anyone else in which I admitted the crime or any part of the crime to which I now want to plead guilty.

    [Check if defendant has made such a statement]

_____ I would choose to plead "GUILTY" even if I knew that the statement could not be used against me.

(26) I understand that, in cases prior to November 1, 1987, a federal judge has no authority to order a federal sentence of imprisonment to run at the same time as a state sentence of imprisonment.

However, for an offense committed after November 1, 1987, I
understand that under 18 U.S.C. §3584(a), a federal judge may
impose terms of imprisonment that run concurrently.

(27) I believe and understand that my attorney has done all
that an attorney should have done to counsel and assist me with
respect to this case.

(28) I am not now under the influence of any drugs or
alcohol.

(29) Within the last seven (7) days, I have taken the
following drugs, medicines, pills or alcoholic beverages:

NO.

- 11 -

(30) The following is my own statement as to what occurred,
which shows that I am, in fact, guilty of each charge to which I
am now offering to plead "Guilty."   [Defendant must set forth,
in his/her own statement as to each count with which he/she is
charged. Use additional sheets if necessary and attach to this
petition.]

I LAHEEM JONES IN ASSOCIATION
WITH OTHERS AIDED AND ABETTED BY
PURCHASING GASOLINE FOR THE PURPOSES OF
BURNING A CAR THE WAS PRESENT AT
THE BRIDGEPORT COURTHOUSE. WHILE
I WAS AWAY AND IN JAIL FOR
A NUMBER OF YEARS, I WAS APART
OF A GROUP THAT SOLD DRUGS IN
BRIDGEPORT FOR A NUMBER OF YEARS.
MY BURNING OF THE CAR ON JANUARY
27, 2020 WAS TO HELP THE GROUP
EVEN THOUGH I WAS NOT AT THE
COURTHOUSE.

(31) I declare that I offer my plea of "GUILTY" freely and
voluntarily and of my own accord.  I also declare that my
attorney has explained to me, and I understand, the statements
set forth in the Indictment/Information and in this petition and
in the "Certificate of Counsel" attached to this petition.

(32) I have read and discussed with my attorney the
Indictment/Information, and I further state that I wish the Court
to omit and consider as waived (that is, to consider as given up)
by me all reading of the Indictment/Information in open court,
and all further proceedings upon my arraignment, and to consider
any undecided motions previously made by me as withdrawn.

(33) I request that the Court enter now my plea of "GUILTY"
as set forth above in reliance upon my statements in this
petition.

Signed by me in open court in the presence of my attorney
at New Haven, Connecticut, this _19_ day of _Nov_ , 20_21_.

_____
Defendant

– 13 –

<u>CERTIFICATE OF COUNSEL</u>

The undersigned, as attorney and counselor for the
defendant, *LAHEEM JONES*                , hereby certifies as
follows:

(1)  I have read and fully explained to the defendant all
the accusations against the defendant which are set forth in the
Indictment/Information in this case;

(2)  To the best of my knowledge and belief each statement
set forth in the foregoing petition is in all respects accurate
and true;

(3)  The plea of "GUILTY," as offered by the defendant in
the foregoing petition, accords with my understanding of the
facts as related to me by the defendant, and is consistent with
my advice to the defendant;

(4)  In my opinion, the defendant's waiver of the reading
of the Indictment/Information in open court, and of all further
proceedings upon arraignment as provided in the Federal Rules
of Criminal Procedure, is voluntarily made; the defendant
understood what he/she was doing when he/she waived the reading;
and I recommend to the Court that the waiver be accepted by the
Court;

(5)  In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in the defendant's petition;

(6)  I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7)  I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at New Haven, Connecticut, this 19th day of November, 2021 _____

_____
Attorney for the Defendant

- 15 -

<u>O R D E R</u>

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby ORDERED that the petition by granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his/her counsel.

Done in open court in New Haven, Connecticut this _19_ day of _____, 20_21_.

/s/ Janet Bond Arterton
_____
Janet Bond Arterton
United States District Judge

– 16 –